# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

October 22, 2019

Lyle W. Cayce
Clerk

————

No. 18-60081

————

ELEANOR KELLER, individually and on behalf of all Heirs-at-Law and/or wrongful death beneficiaries of Gerald Simpson, Deceased; THE ESTATE OF GERALD SIMPSON, by and through Glen Simpson, Administrator of Estate,

Plaintiffs - Appellees

v.

DARRIN FLEMING,

Defendant - Appellant

————

Appeal from the United States District Court
Northern District of Mississippi
USDC No. 1:16-CV-136

————

Before STEWART, DENNIS, and WILLETT, Circuit Judges.

PER CURIAM:

Our prior opinion, *Keller v. Fleming*, 930 F.3d 746 (5th Cir. 2019), is withdrawn, and a revised opinion will be forthcoming.